# United States Bankruptcy Court
## Northern District of Illinois

In re: Lilia Serrano    Case No. 10 B 44763
Debtor(s)

### ORDER ON DEBTOR'S APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE

Upon consideration of the debtor's "Application for Waiver of the Chapter 7 Filing Fee," the court orders that the application be:

[ ] GRANTED.

This order is subject to being vacated at a later time if developments in the administration of the bankruptcy case demonstrate that the waiver was unwarranted.

[✓] DENIED.

The debtor shall pay the chapter 7 filing fee according to the following terms:

$ 74.75 on or before November 5, 2010

$ 74.75 on or before December 6, 2010

$ 74.75 on or before January 4, 2011

$ 74.75 on or before February 3, 2011

Until the filing fee is paid in full, the debtor shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

IF THE DEBTOR FAILS TO TIMELY PAY THE FILING FEE IN FULL OR TO TIMELY MAKE INSTALLMENT PAYMENTS, THE COURT MAY DISMISS THE DEBTOR'S CASE.

[ ] SCHEDULED FOR HEARING.

A hearing to consider the debtor's "Application for Waiver of the Chapter 7 Filing Fee" shall be held on _____ at _____ AM/PM at _____.
(address of courthouse)

IF THE DEBTOR FAILS TO APPEAR AT THE SCHEDULED HEARING, THE COURT MAY DEEM SUCH FAILURE TO BE THE DEBTOR'S CONSENT TO THE ENTRY OF AN ORDER DENYING THE FEE WAIVER APPLICATION BY DEFAULT.

DATE: 10·7·10

BY THE COURT:
United States Bankruptcy Judge

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Lilia Serrano, | ) | 10 B 44763 |
| | ) | |
| Debtor(s). | ) | Hon. Susan Pierson Sonderby |

### CERTIFICATE OF SERVICE

I hereby certify that I caused copies of the attached **Order on Debtors' Application for Waiver of the Chapter 7 Filing Fee** to be served on all persons identified as Registrants on the attached service list through the Court's Electronic Notice for Registrants System and as to all other persons on the service list, I caused copies to be sent by first class United States mail in properly addressed envelopes with postage prepaid this 7th day of October, 2010.

Karen Jacobs
Courtroom Deputy

## SERVICE LIST

### Registrants Served Through the Court's Electronic Notice for Registrants System:

*Debtor(s) Attorney*

Carl Flaningam
cflan@lafchicago.org

*Chapter 7 Trustee*

Frances Gecker
fgecker@fgllp.com, fgecker@ecf.epiqsystems.com;zzielinski@fgllp.com;csmith@fgllp.com

*U.S. Trustee*
**William T Neary**
Office of the U.S. Trustee, Region 11

USTPRegion11.ES.ECF@usdoj.gov

### Persons Served by United States Mail

**Lilia Serrano**
1230 Clerence
Berwyn, IL 60402